**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 10, 2010**

Ms. Ann Elizabeth Georgehead
Mr. D. Christopher Robinson
Ms. Susan Wettle
Frost, Brown, Todd, LLC - Louisville
Providian Center
400 West Market Street
Suite 3200
Louisville, KY 40202-3363

Ms. Heidi A. Barcus
Mr. Jason H. Long
London & Amburn
607 Market Street
Suite 900
Knoxville, TN 37902

Mr. John T. Aubrey
Attorney at Law
202 Main Street
Manchester, KY 40962-0670


     Re: *Hibberd v. Wyeth, et al.*, 4:09-CV-00901-WRW

Dear Counsel:

I have received Plaintiff's Motion to Remand, which was filed on January 22, 2010.

I assume that since you have not filed a response,[1] you agree with Plaintiff's position. If you choose not to respond by 5:00 p.m. on Wednesday, February 17, 2010, I will grant the motion.

                          Cordially,

                          /s/ Wm. R.Wilson,Jr.


Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Monday, February 8, 2010.