# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:09CV00901 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| **CONNIE S. HIBBARD** | : | PLAINTIFF |
| v. | : | |
| **WYETH, et al.** | : | DEFENDANTS |

## ORDER

Because complete diversity is lacking, Plaintiff's Motion to Remand (Doc. No. 24) is GRANTED. Accordingly, this case is REMANDED to the Clay County, Kentucky Circuit Court.

IT IS SO ORDERED this 18th day of February, 2010.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE